UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br>SCHMALTZ, Stephen Bernard<br>aka Steve Schmaltz<br>4905 West Riverbend Drive<br>Muncie, IN 47304<br>SCHMALTZ Teresa Rose<br>aka Terri Schmaltz<br>4905 West Riverbend Drive<br>Muncie, IN 47304 | CASE NO. 13-02162-RLM-11 |

Debtors

## MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE OR IN THE ALTERNATIVE ADEQUATE PROTECTION

Comes now Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., ("Secured Creditor"), by counsel, and for its Motion for Relief from Stay and to Abandonment Real Estate or in the Alternative Adequate Protection would show the Court as follows:

1. That Seterus, Inc. is the servicing agent for Secured Creditor.

2. On March 12, 2013, the above named Debtors filed their petition pursuant to Chapter 11 of the Bankruptcy Code and a meeting of creditors was held on April 10, 2013.

3. Secured Creditor is the holder of a secured claim with a principal outstanding balance of $50,458.06. Said claim is secured by the property located at **1225 West Rex Street, Muncie, IN 47303**, and more particularly described below and in the mortgage, a copy of which is attached hereto and incorporated herein as **Exhibit "A"**. A complete copy of the Assignment chain of said mortgage to Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. is attached hereto and incorporated herein as **Exhibit "B"**.

**LOT NUMBER SEVEN (7) IN BLOCK NUMBERED TWELVE (12) IN NEELY'S ADDITION TO THE CITY OF MUNCIE, INDIANA**

4. The above-described mortgage was given to secure a promissory note dated July 16, 2002, by the Debtors to Irwin Mortgage Corporation in the original principal sum of $46,000.00. A complete copy of the Note is attached hereto and incorporated herein as **Exhibit "C"**.

5. The Debtors are due for the April 1, 2013 through August 1, 2014, post-petition payments at the monthly amount of $502.24, and less suspense of $181.84, for an arrearage in the sum of $8,356.24, together with post petition expenses, bankruptcy attorney fees and costs. The failure to make such payments constitutes a material default and allows no protection of the interests of Secured Creditor within the meaning of Section 362 of the Bankruptcy Code.

6. The failure to make payments is cause for the Court to grant relief from the stay to Secured Creditor.

7. Alternatively, upon information and belief, Secured Creditor alleges that the pre-petition value of its collateral will decrease during Estate administration due to depreciation caused by Debtors' use thereof. Therefore, Secured Creditor is entitled to adequate protection upon its interest in said collateral pursuant to U.S.C. Section 361.

8. To date, Debtors have not provided adequate protection to Secured Creditor upon its interest in said collateral.

9. Upon information and belief, Secured Creditor alleges that Debtors do not have any equity in said collateral security, and such collateral is not necessary to an effective reorganization herein. Further Secured Creditor is not adequately protected as a result to the Debtors failure to make monthly mortgage payments. Therefore, Secured Creditor should be

1

granted relief from the automatic stay in bankruptcy pursuant to 11 U.S.C. §362(d) and the property abandoned from the estate.

**WHEREFORE**, Secured Creditor, by counsel, respectfully prays that the Court grant it relief from the automatic stay, pursuant to 11 U.S.C. §362 (d)(2), or alternatively that it be granted either adequate protection upon its interest in said collateral or relief from the automatic stay pursuant to 11 U.S.C. (d)(1) and that its collateral be abandoned from the bankruptcy Estate; and for all other just and proper relief in the premises.

Secured Creditor, by counsel, further prays that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a) (3) be waived.

FOUTTY & FOUTTY, LLP

DATED: August 18, 2014            By: _____
                                  Stacy J. DeLee
                                  FOUTTY & FOUTTY, LLP
                                  155 E. Market Street, Suite 605
                                  Indianapolis, IN 46204-3219
                                  Phone: (317) 632-9555
                                  Fax: (317) 624-0397
                                  Email: bk@fouttyandfoutty.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on **Stephen B. Schmaltz and Teresa R. Schmaltz,** 4905 West Riverbend Drive, Muncie, IN 47304, **Jeffrey M. Hester,** One Indiana Square, Suite 1600, Indianapolis, IN 46204, and the **U.S. Trustee,** 101 W. Ohio Street, Suite 1000, Indianapolis, IN 46204, by electronic mail or by First Class, U.S. Mail, postage prepaid, on the 18 day of August, 2014.

Stacy J. DeLee
FOUTTY & FOUTTY, LLP
155 E. Market Street, Suite 605
Indianapolis, IN 46204-3219
Phone: (317) 632-9555
Fax: (317) 624-0397
Email: bk@fouttyandfoutty.com

## NOTICE

**FOUTTY & FOUTTY, LLP IS A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**