UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re:

**Stephen Schmaltz**                              Case No: 13-02162-RLM-11

         Debtors

## Objection To Motion For Relief From Stay And To Abandon Real Estate Or In The Alternative Adequate Protection

In support of the above-entitled objection (this "Objection"), the debtor and debtor-in-possession (the "Debtor"), by counsel, states:

    1.  The Debtor initiated the above Chapter 11 bankruptcy proceeding on March 12, 2013.

    2. On August 18, 2014—some 18 months into this case—Seterus, Inc. as the servicer of Federal National Mortgage Association (the "Lender") filed its Motion for Relief from Stay [docket #122] (the "Stay Motion") in this case requesting this Court enter an order granting Lender relief from stay for cause under § 362 with respect to Debtor's property upon which it asserts a mortgage, **1225 West Rex Street, Muncie, IN 47303**.

    3. The Lender cites as cause that no post-petition payments have been made, the property is decreasing in value, there is little or no equity in the subject real estate and the property is not necessary for a reorganization.

    4. The Debtor submits that post-petition payments are not permitted without prior Court order and up until the filing of the Stay Motion, Lender has not previously requested adequate protection.

    5. The Debtor submits that the Lender cannot prove that the property is decreasing in value (and in fact the opposite is generally true for real property for the past 18 months).

    6. The Debtor has equity in the property and wishes to maintain possession of the property as in income-producing rental property. The property is necessary to the Debtor's reorganization efforts, and a plan and disclosure statement have been filed in this matter which provide for retention of the property as a necessary asset for a successful reorganization.

REQUEST FOR RELIEF

The Debtor respectfully requests that this Court grant all just and proper relief in the premises on this Objection.

Respectfully submitted,

TUCKER HESTER BAKER & KREBS, LLC

*/s/ Jeffrey M. Hester*
Jeffrey M. Hester
Suite 1600
One Indiana Square
Indianapolis, IN 46204
jhester@thbklaw.com
317.608.1129 direct
317.833.3031 fax

**Certificate Of Service**

I hereby certify that on August 27, 2014, a copy of the foregoing Objection was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Joseph F. McGonigal
joe.mcgonigal@usdoj.gov

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Terry E. Dearing
terry@fouttyandfoutty.com

John Philip Updike
updike@beasleylaw.com

KC Cohen
KC@esoft-legal.com

Stacy J. DeLee
bkfouttyandfoutty.com

*/s/ Jeffrey M. Hester*
Jeffrey M. Hester