UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br>SCHMALTZ, Stephen Bernard<br>aka Steve Schmaltz<br>4905 West Riverbend Drive<br>Muncie, IN 47304<br><br>            Debtor | ) ) ) ) ) ) ) ) ) ) | CASE NO. 13-02162-RLM-11 |

## OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN

Comes now Federal National Mortgage Association ("Fannie Mae"), c/o Seterus, Inc., ("Secured Creditor"), by counsel, and objects to the Debtors' Chapter 11 Plan and in support of said objection states as follows:

1. That Seterus, Inc. is the servicing agent for Secured Creditor.

2. The Secured Creditor has a first mortgage on the Debtor's real estate commonly known as 1225 Rex Street, Muncie, IN.

3. The Plan treats the claim of Fannie Mae as a Class 7 claim. The Plan states that the Class 7 claim will be paid in full on its allowed secured claim over 360 months with interest at 3.25% and provides that the Debtor will pay taxes and insurance directly.

4. The Plan further states that to effect this provision, Fannie Mae shall receive the following new loan documents: installment promissory note; mortgage; and assignment of leases and rents. All existing loan documents shall be cancelled.

5. The Secured Creditor objects to the proposed interest rate as it is not a reasonable interest rate.

6       The Secured Creditor objects to the cancellation of its present loan documents and the execution of new loan documents. Fannie Mae does not allow the cancellation of the existing documents.

7.      The Secured Creditor has advanced funds for post petition taxes and insurance and provision must be made to reimburse Secured Creditor for those funds. This was an escrowed loan and Fannie Mae cannot convert the loan to non-escrowed until confirmation.

WHEREFORE, Secured Creditor prays that the Court set this matter for a hearing and that the Debtors' Chapter 11 Plan not be confirmed

FOUTTY & FOUTTY, LLP

DATED: September 29, 2014    By:    /s/ Teresa E. Dearing
Teresa E. Dearing
155 E. Market Street, Suite 605
Indianapolis, IN 46204-3219
Phone: (317) 632-9555
Fax: (317) 624-0397
Email: bk@fouttyandfoutty.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on **Stephen Bernard Schmaltz**, 4905 West Riverbend Drive, Muncie, IN 47304, **J. Philip Updike**, BEASLEY & GILKISON LLP, 110 East Charles Street, P.O. Box 1648, Muncie, IN 47308, **KC Cohen**, 151 N. Delaware St., Ste 1104, Indianapolis, IN 46204, **Jeffrey M. Hester**, One Indiana Square,

Suite 1600, Indianapolis, IN 46204, and the **U.S. Trustee**, 101 W. Ohio Street, Suite 1000, Indianapolis, IN 46204, by electronic mail or by First Class, U.S. Mail, postage prepaid, on the 29th day of September, 2014.

/s/ Teresa E. Dearing
Teresa E. Dearing
FOUTTY & FOUTTY, LLP
155 E. Market Street, Suite 605
Indianapolis, IN 46204-3219
Phone: (317) 632-9555
Fax: (317) 624-0397
Email: bk@fouttyandfoutty.com

### NOTICE

**FOUTTY & FOUTTY, LLP IS A DEBT COLLECTOR. THIS FIRM IS ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**