# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | STEPHEN BERNARD & TERESA ROSE SCHMALTZ |
| **Case Number:** | 13-02162-RLM-11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JANUARY 26, 2015 01:30 PM   IP 311 |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY |
| **Courtroom Clerk:** | MARCELLA LOCKERT |
| **Reporter / ECR:** | MARCELLA LOCKERT |

### *Matters:*

1) Continued Confirmation Hearing re: Chapter 11 Plan of Reorganization [110],[150] [196]
   **R / M #:**   0 / 0

2) Continued Hearing: Objection to Confirmation of Plan (Property Address: 1217 W. Rex Street, Muncie, IN) filed by Creditor Federal National Mortgage Association [178] [196]
   **R / M #:**   0 / 0

3) Continued Hearing: Objection to Confirmation of Plan (Property Address: 518 N. Dicks St., Muncie, IN) filed by Creditor Federal National Mortgage Association [179] [196]
   **R / M #:**   0 / 0

4) Continued Hearing: Objection to Confirmation of Plan (Property Address: 1305 N. New York, Muncie, IN) filed by Creditor Federal National Mortgage Association [180] [196]
   **R / M #:**   0 / 0

5) Continued Hearing: Objection to Confirmation of Plan (Property Address: 1225 Rex Street, Muncie, IN) filed by Creditor Federal National Mortgage Association [181] [196]
   **R / M #:**   0 / 0

6) Continued Hearing: Objection to Confirmation of Plan (Property Address: 1221 Rex Street, Muncie, IN) filed by Creditor Federal National Mortgage Association [182] [196]
   **R / M #:**   0 / 0

7) Continued Hearing: Objection to Confirmation of Plan (Property Address: 1213 Rex Street, Muncie, IN) filed by Creditor Federal National Mortgage Association [183] [196]
   **R / M #:**   0 / 0

8) Continued Hearing: Objection to Confirmation of Plan (Property Address: 3804 W. SIlver, Muncie, IN) filed by Creditor Federal National Mortgage Association [184] [196]
   **R / M #:**   0 / 0

9) Continued Hearing: Objection to Confirmation of Plan filed by Creditor USA/Internal Revenue Service [186] [196]
   **R / M #:**   0 / 0

10) Continued Hearing: Motion for Relief from Stay and Abandonment filed by Creditor Seterus, Inc. [121] (property 518 North Dicks Street, Muncie, IN 47303) and Objection filed by Debtor [140] [150] [200]
    **R / M #:**   0 / 0

11) Continued Hearing: Motion for Relief from Stay and Abandonment filed by Creditor Seterus, Inc. [122] (property 1225 West Rex Street, Muncie, IN 47303)  and Objection filed by Debtor [141] [150] [200]
    **R / M #:**   0 / 0

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   13-02162-RLM-11        MONDAY, JANUARY 26, 2015 01:30 PM

12) Continued Hearing: Motion for Relief from Stay and Abandonment filed by Creditor Seterus, Inc. [123] (property 1213 West Rex Street, Muncie, IN 47303)  and Objection filed by Debtor [142] [150] [200]
    **R / M #:**    0 / 0

13) Continued Hearing: Motion for Relief from Stay and Abandonment filed by Creditor Seterus, Inc. [124] (property 1305 N New York avenue, Muncie, IN 47303)  and Objection filed by Debtor [143] [150] [200]
    **R / M #:**    0 / 0

14) Continued Hearing: Motion for Relief from Stay and Abandonment filed by Creditor Seterus, Inc. [125] (property 3804 West Silver Lane, Muncie, IN 46302)  and Objection filed by Debtor [144] [150] [200]
    **R / M #:**    0 / 0

15) Continued Hearing: Motion for Relief from Stay and Abandonment filed by Creditor Seterus, Inc. [126] (property 1217 West Rex Street, Muncie, IN 47303)  and Objection filed by Debtor [145] [150] [200]
    **R / M #:**    0 / 0

16) Continued Hearing: Motion for Relief from Stay and Abandonment filed by Creditor Seterus, Inc. [135] (property 1221 West Rex Street, Muncie, IN 47303)  and Objection filed by Debtor [146] [150] [200]
    **R / M #:**    0 / 0

*Appearances:*

JEFFREY M. HESTER, ATTORNEY FOR STEPHEN BERNARD SCHMALTZ
DEBRA RICHARDS, ATTORNEY FOR UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE
GINA M. VENTURELLI, ATTORNEY FOR UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE
STACY JEAN DELEE, ATTORNEY FOR SETERUS, INC.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   13-02162-RLM-11          MONDAY, JANUARY 26, 2015 01:30 PM

*Proceedings:*

(1) DISPOSITION: Hearing held. Counsel Jeff Hester reports as to the status of the case. All outstanding operating and ballot reports will be filed. Continuance requested. Matter rescheduled to 6/29/2015 @ 1:30 p.m.

*(2-8) DISPOSITION: Hearing held. Counsel Jeff Hester and Stacy DeLee reports. Agreement reached as to interest rate. Immaterial Modification will be filed w/in 2 weeks.

(9) DISPOSITION: Hearing held. Counsel Jeff Hester and Gina Venturelli reports. Debtor to file all outstanding tax returns by end of April. Continuance requested to allow the Internal Revenue Service time to review. Matter rescheduled to 6/29/2015 @ 1:30 p.m.

*(10-16) DISPOSITION: Hearing held. Counsel Jeff Hester and Stacy DeLee reports. Matter resolved. Agreed Entry to be filed w/in 2 weeks.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**