UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| STEPHEN BERNARD SCHMALTZ, | ) | CASE NO. 13-02162-RLM-11 |
| A/K/A STEVE SCHMALTZ | ) | |
| | ) | |
| Debtor(s) | ) | |

**MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE OR IN THE ALTERNATIVE ADEQUATE PROTECTION**

Comes now Seterus, Inc. as servicer for Federal National Mortgage Association ("Fannie Mae"), by counsel, and for its Motion for Relief From Stay and to Abandon Real Estate or in the Alternative Adequate Protection would show the Court as follows:

1. On March 12, 2013, the above-named Debtor filed a petition pursuant to Chapter 11 of the Bankruptcy Code and a meeting of creditors was scheduled by the Court for April 10, 2013.

2. Fannie Mae is the holder of a secured claim with an outstanding principal balance of $67,400.00 and approximate interest of $4,090.16 as of May 17, 2017. Said claim is secured by the real property located at 518 N Dicks St, Muncie, IN 47303-3634, and more particularly described in the mortgage, a copy of which is attached hereto and incorporated herein as Exhibit "A".

3. The above-described mortgage was given to secure a promissory note dated November 23, 2002, by the Debtor to Mortgage Electronic Registration Systems, Inc., as nominee for Irwin Mortgage Corporation in the original principal sum of $76,000.00. A copy of the above-described note is attached hereto and incorporated herein as Exhibit "B".

4. Fannie Mae is the current holder of the promissory note and mortgage and is

evidenced by the chain of assignments attached hereto and incorporated as Exhibit "C".

5. The mortgage loan is due for April 1, 2016 through May 1, 2017 post-petition payments at the monthly mortgage amount of $549.79, plus late charges of $162.81, less a suspense balance of $62.34 for an arrearage in the sum of $7,797.53, together with bankruptcy attorney fees and costs. The failure to make such payments constitutes a material default and allows no protection of the interests of Fannie Mae with the meaning of Section 362 of the Bankruptcy Code.

6. The failure to make payments is cause for the Court to grant relief from stay to Fannie Mae within the meaning of Section 362 of the Bankruptcy Code.

7. Upon information and belief, Fannie Mae alleges Debtor does not have any equity in said collateral security, and such collateral is not necessary to an effective reorganization herein, because reasonable prospect of successful reorganization does not exist. Therefore, Fannie Mae should be granted relief from the automatic stay in bankruptcy pursuant to 11 U.S. Section 3262(d)(2) and the property abandoned from the estate.

8. Alternatively, upon information and belief, Fannie Mae alleges that the pre-Petition value of its collateral will decrease during Estate administration due to depreciation caused by Debtor's use thereof. Therefore Fannie Mae is entitled to adequate protection upon its interest in said collateral pursuant to U.S.C. Section 361.

9. To date, Debtor has not provided adequate protection to Fannie Mae upon its interest in said collateral.

10. Because Debtor has not provided adequate protection sufficient to protect Fannie Mae's pre-petition interest in its collateral from diminution during Estate administration, Fannie Mae alternatively requests that this Court grant it relief from the automatic stay for cause,

pursuant to 11 U.S.C. Section 362 (d)(1), and abandon Fannie Mae's said collateral from the bankruptcy Estate.

WHEREFORE, Fannie Mae, a secured creditor, by counsel, respectfully prays that the Court grant it relief from the automatic stay, pursuant to 11 U.S.C. Section 362 (d)(2) or, alternatively that it be granted either adequate protection upon its interest in said collateral or relief from the automatic stay pursuant to 11 U.S.C. Section 362(d)(1), and that its collateral be abandoned from the bankruptcy Estate; and for all other just and proper relief in the premises.

FEIWELL & HANNOY, P.C.

/s/ RANDY C. EYSTER
RANDY C. EYSTER, Attorney No. 22643-49
Attorney for Seterus, Inc. as servicer for Federal National Mortgage Association ("Fannie Mae")
8415 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250
(317) 237-2727
Fax: (317) 237-2717
Email: REYSTER@feiwellhannoy.com

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on May 26, 2017, to the following:

Stephen Bernard Schmaltz
Debtor
3211 W Bethel Ave
Muncie, IN 47304-2509

Jeffrey M Hester
Attorney at Law
One Indiana Square, Suite 1600
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

/s/ RANDY C. EYSTER
RANDY C. EYSTER
Attorney No. 22643-49

**NOTICE**

**FEIWELL & HANNOY, P.C. IS A DEBT COLLECTOR.**