UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| STEPHEN BERNARD SCHMALTZ, | ) | CASE NO. 13-02162-RLM-11 |
| A/K/A STEVE SCHMALTZ | ) | |
| | ) | |
| Debtor | ) | |

## AGREED ENTRY MODIFYING STAY

Creditor, Seterus, Inc. as servicer for Federal National Mortgage Association ("Fannie Mae"), (hereinafter referred to as "Fannie Mae"), by counsel, and Debtor, Stephen Bernard Schmaltz, by counsel, agree and stipulate as follows:

1.  The 11 U.S.C. §362(a) stay as to Fannie Mae, in accordance with the agreement, is hereby modified and shall remain in effect and the real estate located at 518 N Dicks St, Muncie, IN 47303 shall not be abandoned provided debtor complies with the following conditions:

(a) Debtor shall cure the post-petition arrearage currently due Fannie Mae in the amount of $12,177.72, which consists of:

| | |
|---|---|
| P&I Payments from 4/1/16 thru 10/1/17 @ $361.82 | $6,874.58 |
| Property Taxes through Fall 2017 | $3,072.00 |
| Hazard Insurance for 2016 | $890.00 |
| Late Charges | $289.44 |
| Attorney fees | $850.00 |
| Attorney Expenses | $201.70 |

(b) Debtor shall tender $1,000.00 on or before November 1, 2017.

(c) Thereafter, the remaining balance of $11,177.72 shall be cured as follows:

(d) Debtor shall make monthly installments of $931.48 commencing November 15, 2017 and continuing on the fifteenth of each month thereafter through and including October 15,

Schmaltz - File No. 095095B01

2018.

(e) Debtor understands that this is in addition to the regular monthly principal and interest installment payment currently in the sum of $361.82.

(f) Debtor shall resume making all future regular monthly installment payments as they become due commencing with the November 1, 2017 payment, each payment to be timely made in accordance with the terms of the loan documents between Debtor(s) and Fannie Mae.

(g) Debtor shall directly pay the hazard insurance and real estate taxes for said property going forward.

2. Debtor shall remain current on those payments arising under the terms of their confirmed Plan.

3. Debtor's tendering of a check to Fannie Mae which is subsequently returned due to an insufficiency of funds in the account upon which the check is drawn shall not constitute a payment to the terms above.

4. In the event that Debtor fails to comply with any of the conditions set forth above in this Entry, the 11 U.S.C. §362 stay as to Fannie Mae shall be terminated and the property ordered abandoned upon the filing of an Affidavit of Default by said Creditor without further notice of hearing and said Creditor shall be permitted to exercise any rights granted to it by the loan documents with respect to the Debtor and the property located at 518 N Dicks St, Muncie, IN 47303, including, but not limited to, the initiation and completion of a foreclosure action and sale of the property.

AGREED AND STIPULATED TO THIS 26TH DAY OF OCTOBER, 2017.

/s/ SUSAN M. WOOLLEY
SUSAN M. WOOLLEY, Attorney for
Seterus, Inc. as servicer for Federal National
Mortgage Association ("Fannie Mae")
Attorney No. 15000-64
8415 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250
Email: swoolley@feiwellhannoy.com

AGREED AND STIPULATED TO THIS 27TH DAY OF OCTOBER, 2017.

/s/ JEFFREY M. HESTER
Jeffrey M. Hester, Attorney for Debtor
One Indiana Square, Suite 1600
Indianapolis, IN 46204
Email: jhester@hbkfirm.com

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

Schmaltz - File No. 095095B01