UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| STEPHEN BERNARD SCHMALTZ | ) CASE NUMBER: 13-02162-RLM-11 |
| AKA STEVE SCHMALTZ | ) CHAPTER 11 |
| | ) |
| Debtor. | ) |

**AGREED ENTRY ON MOTION FOR RELIEF FROM STAY**

COMES NOW Stephen B Schmaltz aka Steve Schmaltz aka Stephen Bernard Schmaltz, and Nationstar Mortgage, LLC d/b/a Mr. Cooper, (hereinafter referred to as "Nationstar"), Creditor, in the above-captioned Chapter 11 case and stipulate to the following:

1. On March 12, 2013, the above-named Debtor filed a petition pursuant to Chapter 11 of the Bankruptcy Code and continues its business as a debtor in possession.

2. Nationstar is a secured creditor secured by properly recorded, non-avoidable, first priority mortgage lien on Debtor's real property located at 1225 West Rex Street, Muncie, IN 47303.

3. On August 18, 2014, the predecessor to Nationstar filed a Motion for Relief from Stay and for Abandonment of Real Estate located at 1225 West Rex Street, Muncie, IN 47303.

4. Nationstar has agreed to accept a valuation of $54,200.00 for the real property as set forth above. This amount shall be amortized over 27 years at 5.0% interest rate, resulting in a monthly payment of $305.17. In addition, Debtor shall repay to Nationstar $6,205.87 for taxes and insurance advanced prior to February 1, 2019 over the course of the next 60 months. The Debtor agrees to make principal and interest payments in the amount of $305.17 plus $103.43 for the taxes and insurance advanced prior to February 1, 2019 for a total payment of $408.60 beginning March 1, 2019 through January 1, 2024; and a payment in the amount of $305.17 for principal and interest plus $103.50 for taxes and insurance, for a total payment of $408.67 due February 1, 2024; thereafter Debtor shall make payments of principal and interest in the amount of $305.17 on the first day of each month beginning

March 1, 2024 and continuing thereafter, with a final payment due February 1, 2046.

5. As of February 1, 2019, Debtor shall be responsible for maintaining property taxes and hazard insurance on the Real Property and shall make provision for the payment of any delinquent real estate taxes and penalties now due on the Real Property.

6. The Debtor shall comply with the terms and conditions set forth in the Chapter 11 Plan.

7. By accepting such payments, Nationstar specifically does not waive its right to timely payments and it shall be a default under the terms of this Agreed Entry and the Note and Mortgage if the Debtor fails to make any of the payments listed herein.

8. This Agreed Entry shall be effective as of the date of its execution, subject to approval by the Court and shall be binding on the Debtor and his successors and assigns including, but not limited to, any trustee hereinafter appointed as a representative of the estate herein, whether under Chapter 11 or Chapter 7 of the Bankruptcy Code, or otherwise.

9. In the event the instant bankruptcy proceeding is dismissed or converted; this Agreed Entry shall terminate and have no further force or effect.

10. In the event that Debtor fails to comply with any of the conditions set forth in this Entry the 11 U.S.C. Section 362 stay as to Nationstar shall be terminated and the property ordered abandoned upon the filing of a Notice of Default by said Creditor without further notice of hearing and said Creditor shall be permitted to exercise any rights granted to it by the loan documents with respect to the Debtor and the property located at 1225 West Rex Street, Muncie, IN 47303, including, but not limited to, proceeding with a foreclosure action and sale of the property.

WHEREFORE, Nationstar and Debtor respectfully submit this Agreed Entry and pray that the Court approve and enter its own Order and for all other relief deemed proper in the premises.

MERCER BELANGER, P.C.

_____
Attorneys for Nationstar Mortgage LLC,
d/b/a Mr. Cooper

DATED THIS 30 DAY OF
AUGUST, 2019

_____
Jeffrey M. Hester
Attorney for Stephen B. Schmaltz

DATED THIS 30 DAY OF
AUGUST, 2019


_____
Stephen B. Schmaltz, Debtor

DATED THIS 30 DAY OF
AUGUST, 2019